1

RECEIVED *fm*

SEP - 6 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATE DISTRICT NORTHERN DISTRICT OF ILLINOIS
## FIRST JUDICIAL DISTRICT

EZZARD HOWARD,
         Plaintiff,

    v

HAROLD WASHINGTON
COLLEGE
CITY COLLEGES OF CHICAGO,
CHERYL L. HYMAN
Chancellor,
        Defendant,

)
)
)
)
)
)
)
)
)
)
)
)
)

1:12-cv-07115
Judge John Z. Lee
Case № Magistrate Judge Arlander Keys

Amount of Claim
$ 3,000,000.00
Jury Demand

## CIVIL RIGHTS VIOLATION UNDER A TITLE 42 U.S. CODE SECTION 1983
## UNDER THE AMERICAN DISABILITY ACT 504, REHABILITATION ACT OF 1973
## TITLE 29 U.S. CODE SEC. 794

NOW COMES, PLAINTIFF, EZZARD HOWARD, Pro se on a Title 42 U.S. Code Sec. 1983 et.

Seq. pursuant to code of the civil procedure by Federal Rule of the American Disability Act

504, Rehabilitation Act of 1973, Title 29 U.S. Code Sec. 794 to give notice to the court to file a

civil complaint and moves this Honorable court to grant his complaint against HAROLD

WASHINGTON COLLEGE, and THE CITY COLLEGES OF CHICAGO.

WHEREFORE, In support of his petition plaintiff states as follows:

### ASSERTIONS

PLAINTIFF, EZZARD HOWARD, asserts that his constitutional rights were violated by the HAROLD

WASHINGTON COLLEGE 30 E. Lake Street Chicago, ILL 60610 and by THE CITY COLLEGE of

CHICAGO 226 W. Jackson Chicago, ILL. 60606 by:

1) Denying him on appeal access to an education from a (GPA and PACE HOLD) based solely

    on a medical impairment which he took days out of school for, which the law also

    constitutes as a disability under the Rehabilitation Act Sec. 504 during the

spring semester of 2012.

2)  PALINTIFF, EZZARD HOWARD, further states that Defendant, HAROLD WASHINGTON

COLLEGE and THE CITY COLLEGE OF CHICAGO violated his rights to the fifth Amendment

double jeopardy clause by requiring him to file a second appeal for the exact same issue

for the purpose of registration for the fall semester of 2012 which they then denied

based soley on the exact same criteria as the first appeal ( which was for PACE HOLD ).

3)  PLAINTIFF, EZZARD HOWARD, asserts that he has filed complaints with the HAROLD

WASHINGTON COLLEGE against the English department citing that their grading system

was improper and bias. Complaints were filed with department chair and then with V/P

of College.

## HISTORY

During the Fall semester starting from August 18, 2011 until December 12, 2011

Plaintiff, EZZARD HOWARD, attended the Harold Washington College located at 30 E. Lake Street

Chicago, ILL 60606.During the second week of November, 2011 Plaintiff, EZZARD HOWARD,

became ILL suffering from two medical issues, the first was advance arthritis in his knee due to

a prior surgery. It became very hard to make his way around the campus without medication,

the second medical issue was severe abdominal pains.

Plaintiff, EEZARD HOWARD, had no reason why he was experiencing these pains, he

periodically took off days in hopes of feeling better, however, his condition remained the same.

Some of plaintiff's professors suggested that he withdraw for the remained of the semester,

after consulting with student services and student advisors he was told to remain in class.

Plaintiff finished the semester with Incomplete grades on December 12, 2011,

on January 05, 2012 Plaintiff, EZZARD HOWARD, went to the Ambulatory Screening Clinic

at the COOK COUNTY HOSPITTAL, Chicago IL. He was examined by Dr. Greg Papiez would

scheduled him for a biopsy of his prostate, and prescribed Ibuprofen 800 MG, for the arthritis

and pain in abdominal area along with Dazoxzosin which shrinks the prostate allowing the

patient to relieve him self.

Plaintiff, Further states , that he under went a surgical Biopsy on March 21, 2012 and

received his surgical results on April 02, 2012 which he tested positive for Cancer due to blood

levels,  and Gleeson levels. All information was relayed to Harold Washington College as

requested to show why days were missed, even after receiving information Harold Washington

College refuse to remove (S.P.A.C.) or ( P.A.C.E.) hold allowing student to registration.


**LEGAL ANALYSIS**

PLAINTIFF, EZZARD HOWARD, argues in his analysis that:

1) Defendant, HAROLD WASHINGTON COLLEGE, and the CITY COLLEGES OF CHICAGO, lacks

   jurisdiction to prevent or bar a student or individual from registering or obtaining

   Federal Financial Assistance based upon a physical or mental impairment because both

   institution receive federal financial assistance from the Federal Government and under

   **THE REHABILITATION ACT Sec. 504** *Which states:*

   *No qualified individual with a disability in the United States, shall be excluded*
   *From, denied the benefits of, or be subject to discrimination under any*
   *program or activity that either receives federal financial assistance or is*
   *conducted by any executive agency or U.S. Postal service.*

PLAINTIFF, FUTHERMORE, States that under **Section 902 DIFINITION OF THE TERM**

**DISABILITY** of the **AMERICAN DISABILITY ACT** plaintiff disability is clearly defined

under Sec. 902.5 Mitigating Measures which states:

*The determination of whether a condition constitutes an impairment must be made without regards to mitigating measures. 29 C.F.R. pt.1630 app Sec. 1630 2(h). The availability of reasonable accommodation or auxiliary aids such as hearing aids to alleviate the effects of a condition has no bearing on whether the condition is an impairment. It is the scope or perceived scope of the condition itself, not it's origin or capacity for being corrected, that determines whether a particular condition is an impairment. Further the extent to which the impairment limits the individual's major life activities should be assessed without regards to availability of mitigating measures. 29 C.F.R. pt. 1630 app. Sec. 1630. 2(j).*

Plaintiff, EZZARD HOWARD, asserts that the Harold Washington College, and the City Colleges of Chicago grossly violated his right to due process by taking away his right to an education. Plaintiff would ask that this Honorable court rule in his favor and find them liable and award him punitive and compensatory damages and any and all other damages as this Honorable court deems proper.

Plaintiff thanks this Honorable court.

_____

PLAINTIFF, EZZARD HOWARD

PLAINTIFF STATES THAT ALL STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE

SWON TO BEFORE ME THIS 31 DAY OF August ,2012

_____
NOTARY PUBLIC

_____
AFFIANT

"OFFICIAL SEAL"
BARBARA J. SHEPARD
Notary Public, State of Illinois
My Commission Expires Dec. 12, 2012



DIVISION OF UROLOGY

DEPARTMENT OF SURGERY
1900 West Polk, Suite 465
Chicago, Illinois 60612
Office: (312) 864-5233    Office Fax: (312) 864-9638

**Courtney M. P. Hollowell, M.D., FACS**
Chairman,
Division of Urology
Department of Surgery
Cook County Health & Hospitals System:
  Stroger Hospital of Cook County
  Provident Hospital of Cook County
  Oak Forest Hospital of Cook County
  Cermak Health Services of Cook County
  Cook County Department of Public Health

**Juanita Sanders**
Assistant to the Chairman
Residency Program Coordinator

**Traci P. Beck, M.D.**
Director, Female Urology
Voiding Dysfunction

**John R. Canning, M.D.**
Administrative Chief,
Provident Hospital

**Rogelio G. Failma, M.D., SC**
Attending Urologist
Provident Hospital

**John T. B. Houston, M.D.**
Director, Pediatric Urology

**Khursheed A. Mallick, M.D.**
Attending Urologist
Oak Forest Hospital

**Patricia P. Vidal, M.D.**
Residency Program Director
Administrative Chief,
Cermak Urology Health Services

**Mark A. Wille, M.D.**
Attending Urologist

**Marin Sekosan, M.D.**
Urologic Pathology

**Patrick Guinan, M.D.**
Basic Science Urology Research

**Marvin Rubenstein, PhD**
Basic Science Urology Research

**Ruth G. Alunen, RN, BSN**
GU Out-Patient Surgery

**Jasmin Cleofe, RN**
GU Out-Patient Surgery

**Jane A. Lange, MS, APRN, BC**
APN/Nurse Practitioner

**Farhana Uddin, PA-C, MS**
GU Out-Patient Surgery

**Willa Williamson, MS, APRN, BC**
APN/Nurse Practitioner

Date: _____4-2-12_____

Dear _____Mr. Howard, Ezzard_____

Enclosed is a copy of your Prostate Biopsy results. To discuss the results
with your physician, please come to the scheduled appointment given on
the day you had your biopsy. If you are unable to make your appointment,
please call (312) 864-5221.

Sincerely,

Courtney M. P. Hollowell, M.D., FACS
Chairman of Urology
Cook County Health & Hospitals System

We Bring HealthCARE to Your Community

Surgical

HOWARD, EZZARD - 004136211c

* Final Report *

Result Type:      Surgical
Result Date:      March 21, 2012 09:05
Result Status:    Auth (Verified)
Result Title:     SURGICAL
Encounter info:   0713155216, Stroger, Clinic Outpatient, 3/21/2012 - 3/21/2012

## * Final Report *

**SURGICAL**
HOWARD, EZZARD
DOB: 10/04/1962  49 YM
MR#: 4136211 / Pt#: C713155216
Attend: PATRICIA VIDAL
Ord: PATRICIA VIDAL

SURGICAL PATHOLOGY REPORT
Case#: CSP-12-5487

Diagnosis:

A.  "Prostate, needle biopsy, left base":
Prostatic adenocarcinoma, Gleason score (3 + 3 = 6) involving less than
5% of one of two tissue cores.

B.  "Prostate, needle biopsy, left lateral":
Benign prostate tissue.

C.  "Prostate, needle biopsy, left apex":
Prostatic adenocarcinoma, Gleason score (3 + 3 = 6), involving 10% of
all of the tissue fragments.

D.  "Prostate, needle biopsy, right base":
Benign prostate tissue.

E.  "Prostate, needle biopsy, right lateral":
Benign prostate tissue with focal glandular atrophy.

F.  "Prostate, needle biopsy, right apex":
Benign prostate tissue with glandular atrophy and chronic inflammation.

Surgical                                                    HOWARD, EZZARD - 004136211c

* Final Report *


Note: Immunohistochemical studies utilizing a PIN4 cocktail (P504
racemase, p63, high molecular weight cytokeratin 34BE12) were performed
on A, B, C, D, E, and F. In C, the immunostains (which demonstrate the
absence of basal cells within the atypical glands), confirm the
malignancy. In A, the atypical focus is not present in the section on
which the immunostain (PIN4) was performed. In B, D, E, and F, basal
cells are highlighted by the immunostains. Additional levels were also
reviewed.

The immunohistochemical tests were performed at Alverno Laboratory. At
Stroger Hospital, these immunohistochemical studies are interpreted
after a review of a negative control for the case and the antibody and a
positive control appropriate for each antibody.


Signed Out/Reported:03/30/2012
Pathologist: KAREN FERRER MD, PATHOLOGIST


Microscopic Description : All sections have been examined. The
histological findings have been summarized       in the final diagnosis
above.


IDC: Marin Sekosan, MD


Clinical Info/Hx: A 49-YEAR-OLD BLACK MALE, PSA=5.26.

PREOPERATIVE/POSTOPERATIVE DIAGNOSIS: ELEVATED PSA/NEGATIVE DRE.


Specimen(s) Submitted:
(A) PROSTATE, NEEDLE BIOPSY , LEFT BASE
(B) PROSTATE, NEEDLE BIOPSY , LEFT LATERAL
(C) PROSTATE, NEEDLE BIOPSY , LEFT APEX
(D) PROSTATE, NEEDLE BIOPSY , RIGHT BASE
(E) PROSTATE, NEEDLE BIOPSY , RIGHT LATERAL
(F) PROSTATE, NEEDLE BIOPSY , RIGHT APEX

Surgical

HOWARD, EZZARD - 004136211c

* Final Report *

Gross Description

All specimens are received in a container labeled with the patient's
name and medical record number.

A) Specimen labeled "LEFT BASE" is received in formalin and consists of
two cores of tissue, measuring 0.6 and 1.2 cm in length, less than 0.1
cm in diameter.  The entire specimen is submitted in cassette A1.

B) Specimen labeled "LEFT LATERAL" is received in formalin and consists
of two cores of tissue, measuring 1.2 and 1.4 cm in length, less than
0.1 cm in diameter.  The entire specimen is submitted in cassette B1.

C) Specimen labeled "LEFT APEX" is received in formalin and consists of
two cores of tissue, measuring 1.1 and 1.4 cm in length, less than 0.1
cm in diameter.  The entire specimen is submitted in cassette C1.

D) Specimen labeled "RIGHT BASE" is received in formalin and consists
of two cores of tissue, measuring 0.6 and 1.4 cm in length, less than
0.1 cm in diameter.  The entire specimen is submitted in cassette D1.

E) Specimen labeled "RIGHT LATERAL" is received in formalin and
consists of two cores of tissue, measuring 0.9 and 1.3 cm in length,
less than 0.1 cm in diameter.  The entire specimen is submitted in
cassette E1.

F) Specimen labeled "RIGHT APEX" is received in formalin and consists
of two cores of tissue, measuring 0.7 and 1.1 cm in length, less than
0.1 cm in diameter.  The entire specimen is submitted in cassette F1.

(SS)

Surgical

HOWARD, EZZARD - 004136211c

* Final Report *

Electronically Signed: 03/30/2012

KAREN FERRER MD, PATHOLOGIST

The attending pathologist whose signature appears on this report has
reviewed the diagnostic slides and has edited
the gross and/or microscopic portion of the report in rendering the
final diagnosis.

**Completed Action List:**
* Order by VIDAL, PATRICIA on March 21, 2012 09:05

Same Day Surgery

HOWARD, EZZARD - 004136211c

* Final Report *

| | |
|---|---|
| Result Type: | Same Day Surgery |
| Result Date: | July 05, 2012 15:40 |
| Result Status: | Auth (Verified) |
| Performed By: | WALKER RN, YOLANDA on July 05, 2012 15:45 |
| Verified By: | WALKER RN, YOLANDA on July 05, 2012 15:45 |
| Encounter info: | 0716787783, ACHN, Clinic Outpatient, 7/5/2012 - |

## * Final Report *

### SAME DAY SURGERY PRE-OP/POST-OP MEDICATION RECONCILIATION

**Allergies:** none

| Home Medications/Dose/Route/Frequency/Time (Include Herbal/OTC/Vitamins/ All Medications) Name/dose/route/frequency/duration | Last dose taken ?=unkn | Continue Pre-op and day of surgery | Stop date pre op | Continue at discharge | Start/ Stop at discharge |
|---|---|---|---|---|---|
| ibuprofen 800mg oral every day | 7/5/12 | no | 7/23/12 | | |
| cardura 2 mg oral daily | 7/4/12 | yes | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Information obtained from: | Patient/Family Records Pharmacy | Bottles/List Other: | Old Records MD |
|---|---|---|---|

| NEW MEDICATIONS ORDERED AT DISCHARGE | PURPOSE | START | STOP |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Signature Line

| | | | |
|---|---|---|---|
| Printed by: | WALKER RN, YOLANDA | | Page 1 of 2 |
| Printed on: | 7/5/2012 15:45 | | (Continued) |

Urology Outpt                                    HOWARD, EZZARD - 004136211c

* Final Report *

| | |
|---|---|
| Result Type: | Urology Outpt |
| Result Date: | July 05, 2012 13:25 |
| Result Status: | Auth (Verified) |
| Result Title: | GU |
| Performed By: | WILLIAMSON CNP, WILLA on July 05, 2012 13:28 |
| Verified By: | WILLIAMSON CNP, WILLA on July 05, 2012 13:46 |
| Encounter info: | 0716787783, ACHN, Clinic Outpatient, 7/5/2012 - |

## * Final Report *

**GU**

Patient: **HOWARD, EZZARD**      **MRN: 004136211c**      **FIN: 0716787783**
Age: **49 years**   Sex: **Male**   DOB: **10/4/1962**
Associated Diagnoses: **None**
Author: **WILLIAMSON CNP, WILLA**

**Subjective**
   Chief complaint 49 year old male with history of prostate cancer cT1c, GS6 here today to schedule surgery.
Denies LUTS on cardura with improvement noted..

**Health Status**
   **Allergies**: .
      No inactive allergies have been recorded.
   **Current medications**: (Selected).
      Prescriptions
         *Ordered*
            Metamucil 3.4 gm/5.2 gm oral powder for reconstitution: See Instructions, add 1 tsp of powder to
               any liquid BID, 400 GM
            doxazosin: 1 MG, 1 TAB, PO, Daily, 30 TAB
            ibuprofen 800 mg oral tablet: 800 MG, 1 TAB, PO, TID, 30 TAB, PRN: for pain
            senna-docusate 8.6 mg-50 mg oral tablet: 1 TAB, PO, Daily, 100 TAB, PRN: Constipation
   **Problem list**: .
      All Problems
         Adenocarcinoma of prostate / 185 / Confirmed
         Benign prostatic hypertrophy NOS / 600.00 / Confirmed

**Objective**
   **General**: Alert and oriented.

| | | |
|---|---|---|
| Printed by: | WILLIAMSON CNP, WILLA | Page 1 of 2 |
| Printed on: | 7/5/2012 13:48 | (Continued) |

Urology Outpt

HOWARD, EZZARD - 004136211c

* Final Report *

**Respiratory**: Respirations are non-labored.
**Cardiovascular**: Normal rate, Regular rhythm.
**Gastrointestinal**: Soft, Non-tender, Non-distended.
**Integumentary**: Intact.
**Psychiatric**: Cooperative, Appropriate mood & affect.

**Impression and Plan**
   **Assessment and Plan**:
     Diagnosis: CA of prostate : ICD9 185, Working, Medical.
   **Orders**
     RRP on 7/30/2012 with Dr Vidal..

**Signature Line**

Electronically Authored On:  05-Jul-12 13:46
Electronically Signed By: WILLIAMSON CNP, WILLA
SH - Urology - APN
Pager/Bus: 312 864 5220

**Completed Action List:**
* Perform by WILLIAMSON CNP, WILLA on July 05, 2012 13:28
* Modify by WILLIAMSON CNP, WILLA on July 05, 2012 13:44
* Modify by WILLIAMSON CNP, WILLA on July 05, 2012 13:46
* Sign by WILLIAMSON CNP, WILLA on July 05, 2012 13:46
* VERIFY by WILLIAMSON CNP, WILLA on July 05, 2012 13:46

John H. Stroger, Jr. Hospital
of Cook County

# GENERAL CONSENT –
## SURGERY, ANESTHESIA, BLOOD TRANSFUSION

Date:_____     Time:_____am/pm

☑ Yes   ☐ No   I, _____, do hereby authorize and consent to the performance upon myself, or the patient for whom I am guardian, of the surgical procedure described to me as follows:
_Radical Retropubic Prostatectomy, possible Bilateral pelvic lymph Node Dissection_

☑ Yes   ☐ No   SURGERY: I have been advised that major risks involved in the above surgical procedures are _Blood loss, pain, Infection, scar/Incision formation; Decrease or loss of urine control / erections; permanent loss of ejaculation; Blood clots_

☑ Yes   ☐ No   I have been advised of the following existing alternatives in treatment or surgical procedures _Observation, radiation_

☑ Yes   ☐ No   I understand that the above described procedure is to be performed by:
Dr._Uiom_____ and/or
Dr._Our Staff_____

☑ Yes   ☐ No   I hereby consent to the admission of observers to the operating room for the purpose of advancing medical education.

☑ Yes   ☐ No   ANESTHESIA: I have been advised that anesthesia may be necessary and do hereby consent to the administration of such anesthesia: general, regional, or local, by, or under the supervision of
Dr._Staff_____ and consent to the use of such
(Attending Anesthesiologist)
anesthetics as he may deem advisable under the circumstances with the exception of _None_____ (If None, so state)

☑ Yes   ☐ No   BLOOD TRANSFUSION: I authorize the administration of such transfusion or transfusions of whole blood or blood products to the above patient as may be deemed advisable in the judgment of the patient's attending physician, his associates or assistants.

I understand and agree that no guarantee or warranty (including the implied warranties of merchantability and fitness) applies to the blood or blood products, which may be supplied to this patient.

I accept (on behalf of this patient) all of the risks referred to above.

☑ Yes   ☐ No   TESTING AND DISPOSAL OF TISSUE: I hereby consent to the examination, testing or disposal of any tissue or parts, including their use for research purposes, which may be removed, in such manner as may be determined by the hospital, its employees or agents.

☑ Yes   ☐ No   PHOTOGRAPHY: I hereby consent to the photographing or televising of the operations or procedures to be performed, and the use of such film or tapes for the purposes of advancing medical education.

_Ezzard Howard_
Signature of Patient or Guardian(Relationship)

_Phil Uiom_
Signature of Doctor who discussed the procedures
listed above with patient or guardian.

Form #: 503 Rev: June, 2003

|| *S H C C 5 8 3 *
CK PtNm-HOWARD, EZZARD          07/05/12
DOB-10/04/62 Age-49 Y  FC-Self Pay
Act# 716787783 GU (SC)   MR# 4136211



34

John H. Stroger, Jr. Hospital of Cook County
**Cook County Bureau of Health Services**

*Education Clinic C 1(English)*

# PRE-ADMISSION TESTING

Welcome to Clinic C Pre-Admission Testing. You are in this Clinic today to
complete a series of brief tests and interviews that are required before surgery. Please
do not leave the Clinic area until all items are completed.
**Failure to complete required to Pre-Operative tests may cause your surgery to be
delayed.**

Thank you for your cooperation.

CHECK OFF THE FOLLOWING WHEN IT IS COMPLETED

| | | |
|---|---|---|
| **Anesthesiology Interview** (If Needed) | staff initial | |
| **Pre-Registration** | staff initial | |
| **Financial Interview** | staff initial | |
| **Blood Tests** *[pink line]* | staff initial | |
| **EKG (Electrocardiogram)** (If Needed)*[green line]* | staff initial | |
| **Nursing Interview / Education / Instruction** | staff initial | |
| **Nursing Review of Completed Orders** | staff initial | |
| **Chest X-Ray** (located on the second floor/Clinic M) | staff initial | N/A |

(Nurse may see you for the second time to confirm all tests were completed)

We may not follow the above items according to its sequence order to facilitate the
process and reduce waiting time. Please check off each above item when it is done.

You may be required to complete the following in addition to the items listed above.
_____**Medical Consultation** (In this Clinic on a future day) DATE: ___N/A___

CK PtNm-**HOWARD, EZZARD**
DOB-10/04/62 Age-49 Y  FC-Self Pay
Act# 717714919 SHCC Same DMR# 4136211



John H. Stroger, Jr. Hospital of Cook County
**Cook County Bureau of Health Services**

*Educación Clinica C 2(Español)*

# ANÁLISIS DE PRE-INGRESO

Por favor lea los instrucciones

Bienvenido a la Clinica C - Análisis de Pre-Ingreso.  Usted se encuentra hoy en esta Clinica para completer una serie de pruebas breves y entrevistas que se requeridos antes de la cirugía. Favor de no salir del area de la Clinica hasta que haya terminado con toda la lista.

**Al no completar los análisis Pre-Operativos requeridos puede causar que se cirugía sea retrasada.**

Gracias por su cooperación

Por favor revise si todos los examenes estan complete

| | | |
|---|---|---|
| _____ | **Entrevista de Anestesiologia \*Si es Necesario** | staff initial _____ |
| _____ | **Entrevista Financiera** | staff initial _____ |
| _____ | **Análisis de Sangre** *[línea rosa]* | staff initial _____ |
| _____ | **EKG (Electrocardiograma) \* Si es Necesario** | staff initial _____ |
| _____ | **Entrevista con Enfermeria/Educación/Introducción** | staff initial _____ |
| _____ | **Rayos X del Pecho (Ubicado en el Segundo piso / Clinica M)** *[línea verde]* | staff initial _____ |
| _____ | **Entrevista con Enfermeria Para Revisa Todas las Ordenes** | staff initial _____ |

Nosotros no puede seguir los elementos anteriores de acuerdo a su orden de la secuencia para facilitar el proceso y reducir el tiempo de espera.
Por favor indique cuando a terminado cada servicio.

Puede que sea necesario para completar el siguiente además de los elementos arriba mencionados.

_____ **Consulta Medica (En esta Clinica para otro dia en el futuro)**

of Cook County
21 S. Winchester Ave., Chicago, IL 60612   Case: 1:12-cv-07125   Document #: 1   Filed: 09/06/12 Page: 17 of 23

Ambulatory Care Pharmacy

YOUR PERSONAL
PRESCRIPTION INFORMATION

ID# 4136211     DOB: 10/04/1962

For: HOWARD,EZZARD     Rx# F6390566   01/05/2012   RITA/ERF   0     REFILLS UNTIL
Dr: PAPIEZ,GREG                                         TAKE 1 TABLET 3 TIMES A DAY WHEN NEEDED FOR PAIN WITH FOOD
IBUPROFEN TAB 800MG (R) 30EA

**IBUPROFEN TAB 800MG   GENERIC NAME: IBUPROFEN (eye-byoo-PROE-fen)**

COMMON USES: This medicine is a nonsteroidal anti-inflammatory drug (NSAID) used to treat mild to moderate pain, osteoarthritis, and rheumatoid arthritis. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: WARNING: THE RISK OF SERIOUS AND SOMETIMES FATAL HEART PROBLEMS, HEART ATTACK, AND STROKE may be increased with the use of this medicine. This risk may be increased the longer you use this medicine. Risk may also be higher in patients who have heart problems or who are at risk for heart problems. THIS MEDICINE SHOULD NOT BE USED to treat pain before or after coronary artery heart bypass (CABG) surgery. THE RISK OF SERIOUS AND SOMETIMES FATAL STOMACH AND BOWEL PROBLEMS, including bleeding, ulcers, and holes in the stomach and bowel, is increased while using this medicine. These problems may occur at any time during therapy, with or without symptoms. Elderly patients are at higher risk for serious stomach problems. Ask your doctor or pharmacist for more information about this medicine and its side effects. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking heparins or tacrolimus. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking serotonin reuptake blocker medicines such as fluoxetine or citalopram, "blood thinners" such as warfarin, bisphosphonates such as alendronate or risedronate, cyclosporine, corticosteroids such as prednisone, high blood pressure medicines (including ACE inhibitors such as captopril, angiotensin II receptor antagonists such as losartan, and beta-blockers such as metoprolol), "water pills" (diuretics such as furosemide, hydrochlorothiazide, triamterene), lithium, methotrexate, or aspirin. DO NOT START OR STOP ANY MEDICINE without doctor or pharmacist approval. Inform your doctor of any other medical conditions including poorly controlled diabetes, dehydration, heart problems such as heart failure or history of heart attack), swelling of the

hands, feet, or ankles (edema), high blood pressure, history of stroke, blood clotting problems, stomach or bowel problems (such as bleeding or ulcers), history of tobacco use or alcohol use, kidney problems, liver problems, blood or bleeding problems (such as anemia), asthma, growths in the nose (nasal polyps), any allergies (especially history of angioedema with symptoms of lip, tongue, throat swelling), pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of allergy to aspirin or other NSAIDs (e.g., naproxen, celecoxib). USE OF THIS MEDICINE IS NOT RECOMMENDED if you have history of severe kidney disease or if you are going to have or have recently had coronary artery heart bypass (CABG) surgery. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This medicine may come with a medication guide. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. TAKE THIS MEDICINE with a full glass (8 oz./240 ml) of water. DO NOT lie down for 30 minutes after taking this medicine. The dosage is based on your medical condition and response to therapy. If repeat doses are needed, they are usually given 6 or 8 hours apart, or as directed by your doctor. When used in children, the dose is based on your child's weight. Read the product instructions to find the appropriate dose for your child's weight. Consult the pharmacist or doctor if you have questions or if you need help in choosing the appropriate dosage form. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. Taking it with food may not decrease the risk of stomach or bowel problems (such as bleeding or ulcers) that may occur while taking this medicine. Talk with your doctor or pharmacist if you experience persistent stomach upset. STORE THIS MEDICINE at room temperature, away from heat and light. Do not store in the bathroom. Ambulatory and Community Health Network of Cook County possible. If it is almost time for your next dose, skip the missed

CONTINUED ON NEXT PAGE

Cook County Bureau of Health Services

**Ambulatory & Community**
**Health Network of Cook County**

## ACHN Progress Notes



Ambulatory & Community
Health Network of Cook County
Cook County Bureau of Health Services

☐ **Medication List Reconciled**

NKA
Pain 9/10

| Date | | | | |
|---|---|---|---|---|
| 6/14/12 | T: 97.8 | P: 72 | RR: 20 | B/P: 123/77 |
| | HT: | WT: | BMI: | LNMP: |

F/U Visit ——————— Pt and HP

Current Erickson 10/10   Stage   Grade/Vol   PSA 5.26

½ (3+3)

2/2 (3+3)   Grades 2,3,4 5,6

CT₁

3/12 + = Low Volume   (Good) OK

AGE <25   PROBABILITY - MSKC
— probability — indolent - 18 E
Biothesis   — Organ confined 87 E
— outside capsule 8 E
3 treatments   — seminal 1 E   Lympho 1/4 E

Active Surveillance - √ PSA every 3-4y
√ Bx every year
CURE   Surgery - open - robotic - L Remove

Radiation - Outside - 40 treatments - 5d/x cub
INSIDE = Seeds 1x

SIDE Effects - more c surg → ↓
Radiation x15

Up to Date Info
Rx Maker Stages yet

S = Subjective
O = Objective   RTC
A = Assessment   7 St..
P = Plan   4 cPSA

‖‖‖‖‖ ACHN3061

CK PtNm-HOWARD, EZZARD
DOB-10/04/62 Age-49 Y FC-Self Pay
Act# 716776265 GU (SC)   MR# 4136211   06/14/12

Form#: ACHN 3061 Rev. June 2006
White - ORIGINAL CHART COPY   Yellow - REFERRING PROVIDER COPY   Pink - PATIENT COPY

Ambulatory & Community
Health Network of Cook County

Ambulatory & Community
Health Network of **Cook County**
Cook County Bureau of Health Services

# ACHN Progress Notes

NKA
pain ←

| ☐ Medication List Reconciled | |
|---|---|
| Date | 7-5-12 |
| | T: 98.° P: 78 RR: B/P: 121/80 |
| | HT: WT: BMI: LNMP: |
| | Follow up. ——————————— S. Wright M |

plan RRP i BSEND on 7/31/12

S = Subjective
O = Objective
A = Assessment
P = Plan

Form#: ACHN 3061 Rev. June 2006
White - ORIGINAL CHART COPY    Yellow - REFERRING PROVIDER COPY    Pink - PATIENT COPY

█CHN3061



CK PtNm-**HOWARD, EZZARD**
DOB-10/04/62 Age-49 Y FC-Self Pay
Act# 716787783 GU (SC)    MR#4136211    07/05/12

*(handwritten: Mrs B time to End June 2012)*

## OUTPATIENT PHYSICIANS' LAB ORDER REQUEST
## LABS WILL NOT BE DONE WITHOUT ATTENDING NAME AND ICD 9 CODES

| PLACE LABEL or PRINT: | LOCATION: _CU_ EXT: |
|---|---|
| Name: (Last/First): | ATTENDING NAME REQUIRED (PRINT): Pager# |
| CK PrNm-HOWARD, EZZARD<br>DOB-10/04/62 Age-49 Y FC-Self Pay<br>Acct 716776265 GU (SC)<br>MR MR# 4136211  06/14/12<br>DOB: ___ | ORDERING PROVIDER'S NAME REQUIRED (PRINT) Pager # _4777_ |
| | ORDERING PROVIDER'S SIGNATURE REQUIRED |
| | ICD-9 CODES REQUIRED OR CAN INDICATE ON REVERSE SIDE: |
| **LAB ONLY FIN#:** | |
| *Indicates tests performed STAT | |
| Tube Type: R = Red L = Lavender G=Green B=Blue | OUTPATIENT LAB HOURS: Mon - Fri 7:00 AM to 6:00 PM    Stroger Campus |
| Check box to order | Must indicate test priority: R = Routine  T= Timed  S = Stat       Collection Time ___ |

**CHEMISTRY**

| Test | Pri |
|---|---|
| *Basic Metabolic Panel: | R |
| Glu, BUN, Creat, Na, K, Cl, CO2, Ca | |
| Comprehensive Metabolic Panel: | B |
| Na, K, Cl, CO2, Albumin, AST, ALT, Bun, Creat, Ca | |
| Tot. Bilirubin, Alk. Phos., Tot. Protein, GLU | |
| Renal Panel: | R |
| Na, K, Cl, CO2, Glu, BUN, Creat, Ca, Phos, ALB. | |
| Liver Profile: Tot. Prot, Alb, Chol, T. Bili., Alk. Phos | R |
| Liver Enzymes: ALT, AST, LDH | |
| **Lipid Profile** (patient should fast for 12-14 hrs) | R |
| TG, Chol, HDL, LDL, HDL ratio | |
| Hgb A1C | L |
| Creatine Kinase (CK) | R |
| **Beta HCG Quant** | R |
| *BUN | R |
| Creatinine | R |
| *Fasting Blood Sugar | R |
| Gestational GTT (1hr) | R |
| *Glucose Tolerance (3 hr) | R |
| **Magnesium** | R |
| Lipase | R |
| Lead (Please fill out child's info) | G |
| Uric Acid | R |
| Red cell Folate (Whole Blood) | L |
| Ferritin | R |
| Vitamin D, 25 Hydroxy | R |
| Vit B 12 | R |

**URINES**

| Test | Pri |
|---|---|
| *Urinalysis in a CUP | |
| Urinalysis w/ microscopic (CUP) | |
| *Pregnancy (Urine) | |
| Total Protein, Urine, Random in a CUP | |
| Creatinine, Urine, Random | |
| Microalbumin | |
| Urine Electrolytes | |
| Urine Phosphorus | |
| Albumin/Creatinine Ratio | |

**VIROLOGY**

| Test | Pri |
|---|---|
| **Hepatitis Profile Acute:** | R |
| HBsAg, HBcIgM, Anti-HAV IgM, HCV | |
| HIV 1 / 2 Antibody Screen | R |
| Rubella Antibody Immune Status | |
| Varicella Ab Immune Status | |
| Hepatitis B Surface Ag (Perinatal Hep B Screen) | |
| Hepatits Immune Status: HBsAg, Anti HBsAg | |
| Hepatitis C Virus Antibody | |

Form#1542REV02/2009

**MICROBIOLOGY**

| Test | Pri |
|---|---|
| Culture, Blood | |
| Culture, Urine *(circled)* | |
| Culture, Throat | |
| Culture, Stool | |
| Group B Strep Screen | |
| (Vaginal- Pregnant women) | |
| **Culture, Genital (includes GC):** | |
| Ureth___ Vag__ | |
| GC treatment given? | |
| Yes--- No--- Unknown---- | |
| Culture, Mycology | |
| Culture, Sputum | |
| Culture, Mycobacterium: Spec/Source | |
| Culture Wound | |
| Wound: Site_____ | |
| Culture, Anaerobe | |
| Spec:_____Site:_____ | |
| Ova & Parasite, Stool | |
| Cryptococcal Antigen (Red top tube) | |
| GC/Chlamydia Direct | |
| Clostridium difficile (Stool) | |
| Other Micro Tests: | |

**ENDOCRINOLOGY**

| Test | Pri |
|---|---|
| T4, Free | R |
| T3, Free | R |
| TSH | R |
| Thyroglobulin Antibody | R |
| Alpha Fetoprotein (AFP) | R |
| CA-125 | R |
| CA19-9 | R |
| CEA | R |
| PSA, Screening | R |
| PSA, Diagnostic *(circled)* | R |
| FSH | R |
| LH | R |
| Prolactin | R |
| Testosterone, Total | R |
| Estradiol | R |
| Progesterone | R |
| Cortisol, Serum Random | R |
| PTH (On ice) | L |
| Metanephrine, Plasma On Ice | R |

**BLOOD BANK**

| Test | Pri |
|---|---|
| Perinatal | |
| Direct Coombs | |
| ABO/Rh | |

**HEMATOLOGY**

| Test | Pri |
|---|---|
| *CBC | L |
| *CBC and Differential | L |
| Reticulocyte | L |
| Manual Platelet Count | |
| Sickle cell | L |
| ESR | L |
| PT | B |
| PTT | B |
| INR (Pt on Coumadin) | |
| Bleeding Time (In Vivo) | |
| G-6-PD | |
| Hemoglobin Electrophoresis | L |
| Body Fluid Cell Count | L |
| **Specify Fluid type** | |
| ___ | |
| von Willebrand Profile | B |

**IMMUNOLOGY**

| Test | Pri |
|---|---|
| Haptoglobin | R |
| Ceruloplasmin | R |
| C3 | R |
| C4 | R |
| Immunoglobulins , | R |
| Serum, Quant | R |
| Cryoglobulin (37°C) | R |
| Rheumatoid Factor | R |
| ANA | R |
| Heterophile Antibodies | R |
| RPR | R |
| CRP High Sensitivity | R |

**TOXICOLOGY**

| Test | Pri |
|---|---|
| *Drug Screen, Urine: | R |
| Amphetamines, Barbiturate | |
| Benzotiozepine, Cocaine, | |
| Ethyl alcohol, Methadone | |
| Opiates, PCP | |
| Propoxyphen, Cannabinoid | |
| Phenytoin | R |
| Digoxin | R |
| Carbamazepine | R |
| [Other tests: | |

| | |
|---|---|
| 789.00 | Abdominal pain, unspecified site |
| 796.50 | Abdominal finding on antenatal screening |
| 795.00 | Abnormal glandular Papanicolaou smear of the cervix |
| 626.00 | Absence of menstruation |
| 648.8 | Abnormal glucose tolerance complicating pregnancy, childbirth |
| 790.21-790.29 | Abnormal glucose tolerance test |
| 794.8 | Abnormal Liver Function Study |
| 783.21 | Abnormal loss of weight |
| 783.1 | Abnormal weight gain |
| 244-244.9 | Acquired hypothyroidism |
| 070.51 | Acute hepatitis C without mention of hepatic coma |
| 410-410.92 | Acute myocardial infarction |
| 577 | Acute pancreatitis |
| 285.1 | Acute post hemorrhagic anemia |
| 303.9-303.92 | Alcoholism |
| 413-413.9 | Angina pectoris |
| 783 | Anorexia |
| 440-440.9 | Arteriosclerosis |
| 571.42 | Autoimmune hepatitis |
| 220 | Benign neoplasm of ovary |
| 112.2 | Candidacies of other urogential sites |
| 112.1 | Candidacies of vulva and vagina |
| 234.8 | Carcinoma in situ of other unspecified sites |
| 223.4 | Carcinoma in situ, prostate |
| 655.03 | Central nervous system malformation in fetus, ante partum condition or complication |
| 795.05 | Cervical high risk human papillomavirus (HPV) DNA test positive |
| 616.0 | Cervicitis and endocervicitis |
| 655.13 | Chromosomal abnormality in fetus, affecting mgmt of mother |
| 414.9 | Chronic ischemic heart disease, unspecified |
| 070.54 | Chronic hepatitis C without mention of hepatic coma |
| 585.4-585.9 | Chronic kidney disease |
| 204.1 | Chronic lymphoid leukemia without mention of remission |
| 571.0 - 571.9 | Chronic liver disease and cirrhosis |
| 577.1 | Chronic pancreatitis |
| 571.5 | Cirrhosis of liver without mention of alcohol |
| 414-414.07 | Coronary atherosclerosis |
| 311 | Depressive disorder, not elsewhere classified |
| 250 | Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled |
| 250-250.93 | Diabetes mellitus and various related codes |
| 648 | Diabetes mellitus complicating pregnancy childbirth |
| 787.91 | Diarrhea |
| 733.9 | Disorder of bone and cartilage, unspecified |
| 626-626.2 | Disorders of menstruation |
| 242-245.9 | Disorders of the thyroid gland with hormonal dysfunction |
| 625.3 | Dysmenorrhea |
| 622.1 | Dysplasia of cervix, unspecified |
| 782.3 | Edema |
| 659.63 | Elderly multigravida, with ante partum condition or complication |
| 659.53 | Elderly primigravida, ante partum condition or complication |
| 790.93 | Elevated prostate specific antigen (PSA) |
| 785.6 | Enlargement of lymph nodes |
| 530.81 | Esophageal reflux |
| 401-401.9 | Essential hypertension |
| 626.2 | Excessive or frequent menstruation |
| 628.9 | Female infertility of unspecified origin |
| 629.81 | Habitual aborter without current pregnancy |
| 646.33 | Habitual aborter, ante partum condition or complication |
| 784 | Headache |
| 429.2 | Heart disease, unspecified |
| 428-428.9 | Heart failure |
| 599.7 | Hematuria |
| 569.3 | Hemorrhage of rectum and anus |
| 042 | Human Immunodeficiency virus (HIV) disease |
| 079.4 | Human papilloma virus in conditions classified elsewhere |
| 403-403.91 | Hypertensive chronic kidney disease |
| 404-404.93 | Hypertensive heart and chronic kidney disease |
| 402-402.91 | Hypertensive heart disease |
| 788.21 | Incomplete bladder emptying |
| 327-327.09 | Insomnia |
| 579-579.9 | Intestinal Malabsorption |
| 280.9 | Iron deficiency anemia, unspecified |
| 626.4 | Irregular menstrual cycle |
| 782.4 | Jaundice, unspecified, not of newborn |

| | |
|---|---|
| 288.6 | Leukocytosis, unspecified |
| 272.5 | Lipoprotein deficiency |
| 783.21 | Loss of weight |
| 174.9 | Malignant neoplasm of breast (female), unspecified site |
| 194.8 | Malignant neoplasm of other endocrine glands & related |
| 185 | Malignant Neoplasm of prostate |
| 263 | Malnutrition of moderate degree |
| 622.11 | Mild dysplasia of cervix |
| 632 | Missed abortion |
| 272.2 | Mixed hyperlipidemia |
| 622.12 | Moderate dysplasia of cervix |
| 278.01 | Morbid obesity |
| 728.87 | Muscle weakness (generalized) |
| 238.79 | Neoplasm of uncertain behavior of other lymphatic and hematopoietic tissues |
| 236.5 | Neoplasm of uncertain behavior of prostate |
| 581-581.9 | Nephrotic Syndrome |
| 288 | Neutropenia , unspecified |
| 788.43 | Nocturia |
| 305.1 | Nondependent tobacco use disorder |
| 795.08 | Nonspecific abnormal papanicolaou smear of cervix unsatisfactory smear |
| 795.1 | Nonspecific abnormal papanicolaou smear of other site |
| 794.8 | Nonspecific abnormal results of liver function study |
| 241- 241.9 | Nontoxic nodular goiter |
| 790.4 | Nonspecific elevation of levels of transaminase or LDH |
| 278 | Obesity |
| 790.6 | Other abnormal blood chemistry |
| 796.4 | Other abnormal clinical finding |
| 795.09 | Other and unspecified Papanicolaou smear of cervix and cervical HPV |
| 286.9 | Other and unspecified coagulation defects |
| 272.4 | Other and unspecified hyperlipidemia |
| 576-576.9 | Other disorders of Biliary tract |
| 246-246.9 | Other disorders of the thyroid |
| 626.8 | Other disorder of menstruation and abnormal bleeding from female genital tract |
| 655.83 | Other known or suspected fetal abnormality, not elsewhere classified, affecting management of mother, ante partum condition or complication |
| 780.79 | Other malaise and fatigue |
| 202.8 | Other malignant lymphomas, unspecified site, extra nodal and solid organ sites |
| 790.5 | Other nonspecific abnormal serum enzyme levels |
| 327.29 | Other organic sleep apnea |
| 415.19 | Other pulmonary embolism and infarction |
| 767.8 | Other specified birth trauma |
| 646.83 | Other specified complications of pregnancy, ante partum condition or complication |
| 288.8 | Other specified disease of white blood cells |
| 251.1 | Other specified hypoglycemia |
| 281.1 | Other Vitamin B 12 Deficiency Anemia, NEC |
| 577-577.9 | Pancreatic disease |
| 281 | Pernicious anemia |
| 962.3 | Poisoning by insulin and antidiabetic agents |
| 271.4 | Renal glycosuria |
| 788.2 | Retention of urine, unspecified |
| 249-249.91 | Secondary diabetes mellitus |
| 249.4-249.41 | Secondary diabetes mellitus with renal manifestations |
| 788.62 | Slowing of urinary stream |
| 788.65 | Straining on urination |
| 780.2 | Syncope and collapse |
| 245-245.9 | Thyroiditis |
| 242-242.9 | Thyrotoxicosis with or without goiter |
| 602.9 | Unspecified Disorder of prostate |
| 601.9 | Unspecified prostatitis |
| 269.2 | Unspecified vitamin deficiency |
| 788.63 | Urgency of urination |
| 788.41 | Urinary frequency |
| 788.64 | Urinary hesitancy |
| 788.3 | Urinary incontinence, unspecified |
| | |
| V58.2 | Transfusion of blood products |
| V58.61 | Long term (current) use of anticoagulants |
| V58.63 | Long term (current) drug use |
| V58.69 | Long term current use of other medications |

AMBULATORY COMMUNITY HEALTH NETWORK AND BUREAU

RETURN TO WORK/SCHOOL VERIFICATION

Patient Name _____

**CK** PtNm-**HOWARD, EZZARD**
DOB–10/04/62 Age–49 Y FC-Self Pay
Acct# 716240072 ASC (FH)     MR# **4136211**
06/05/12 _____ DATE: ___6/5/12___

Unit Number _____ _____

## TO WHOM IT MAY CONCERN:

The above named person:

☒ was treated at _____ A S C   on  1|5|12 _____.

☐ was ill and unable to work from: _____ to _____

☐ states he/she was ill and unable to work from: _____ thru _____.

☐ may return to work/school on: _____

☐ may resume work on: _____ with restrictions as follows: _____

_____.

☐ may resume school on _____ with the following restrictions: _____

_____.

**DIAGNOSIS** _____ prostate osteocarcinoma _____

Physician Signature _____

Print Name _____ Pager No ___3923257___

Pt presented on 1/15/12 with symptoms of prostate enlargement /obstruction. Please excuse his absence on that day as he was required to be evaluated for prostate cancer

Thank you

Greg Bryson MD

F-276

Patient information: Prostate cancer treatment; stage I to III cancer beyond the... Page 9 of 12

## GRAPHICS

### Prostate gland



This drawing shows the male anatomy and a close-up of the prostate gland.

*Nerves*

*for erections*

*muscles*